UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAVIER RODRIGUEZ CORDOVA,

    Petitioner,

-vs-                                  Case No.  6:12-cv-1862-Orl-19TBS

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.

_____/

ORDER TO SHOW CAUSE

On January 28, 2013, an Order (Doc. 8) was entered requiring Respondents to file a "Response to Petition" within sixty days from the date of the Order.  As of the date of this Order, there has been no response from Respondents.  Respondents shall show cause within TEN (10) DAYS from the date of this Order why sanctions should not be imposed.

DONE AND ORDERED at Orlando, Florida, on this 30th day of April, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-2 4/30
Counsel of Record
Javier Rodriguez Cordova