UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAVIER RODRIGUEZ CORDOVA,

    Petitioner,

-vs-                                        Case No.  6:12-cv-1862-Orl-19TBS

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.

_____/

## ORDER

Respondents filed a Response (Doc. 11) in which they incorporate a request to dismiss the Petition.

Petitioner will be provided with an opportunity to file a reply to the Response. Petitioner should not depend upon the allegations in his pleadings to counter the Response. If Petitioner fails to respond to the Response or responds, but the response does not demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Response are established as true and that there is no genuine issue of material fact in dispute. In that event, if the applicable law allows, Respondents will be entitled to have the case dismissed and final judgment entered in their favor based upon the pleadings, affidavits, and other documentation. In that event, there will be no evidentiary hearing, and the case will be terminated in this Court.

Petitioner shall have SIXTY (60) DAYS from the date of this order to reply to the Response. Thereafter, the Response will be taken under advisement by the Court and an order entered thereon without further notice.

DONE AND ORDERED in Orlando, Florida, this 7th day of May, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-2 5/6
Counsel of Record
Javier Rodriguez Cordova